UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**THERESA MARIE YOUNG**,

   Plaintiff,

v.

**COMMISSIONER SOCIAL SECURITY ADMINISTRATION**,

   Defendant.

Case No. 6:12-CV-02133-KI

JUDGMENT

 Alan Stuart Graf, P.C.
 208 Pine St.
 Floyd, VA 24091

  Attorney for Plaintiff

 S. Amanda Marshall
 United States Attorney
 District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97201-2902

Kathryn A. Miller
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900, M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

       IT IS SO ORDERED.

       DATED this   21st   day of February, 2014.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge